UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WADE BRAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00169-JAW |
| | ) | |
| MAJOR RAYMOND PORTER et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On May 13, 2020, Wade Brayman filed a complaint against Major Raymond Porter from the Waldo County Sheriff's Office, Captain Sean Maguire and Captain Gary Crafts of the Somerset County Sheriff's Office, and Gregg Ellis, a physician's assistant at Somerset County Jail, alleging that he received inadequate medical care at the jail.  *Compl.* (ECF No. 1); *id.*, Attach. 1 (*List of Offenses*).  Mr. Brayman filed a motion for leave to proceed in forma pauperis on June 4, 2020, which the Magistrate Judge granted on June 5, 2020.  *Appl. to Proceed Without Prepayment of Fees* (ECF No. 4); *Order Granting Mot. for Leave to Proceed in Forma Pauperis* (ECF No. 6).  The Magistrate Judge screened the Complaint pursuant to 28 U.S.C. § 1915A(a) and issued a recommended decision on July 7, 2020, concluding the Court should dismiss Mr. Brayman's Complaint against Major Porter and Captain Crafts and permit him to proceed against Mr. Ellis and Captain Maguire on his deliberate indifference medical treatment claim.  *Recommended Decision After Review of Pl.'s Compl.* (ECF

No. 9) *(Recommended Decision)*. Mr. Brayman did not file an objection to the recommended decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determines no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 9). The Court DISMISSES Major Raymond Porter and Captain Gary Crafts as Defendants and permits Wade Brayman to proceed against Captain Sean Maguire and Gregg Ellis on the deliberate indifference medical treatment claim in his Complaint (ECF No. 1).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2020