UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| WADE DREW BRAYMAN,<br>    Plaintiff<br><br>v.<br><br>RAYMOND PORTER, SEAN MAGUIRE,<br>and GARY CRAFTS,<br>    Defendants | )<br>) Docket No. 1:20-cv-00169-JAW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT SEAN MAGUIRE**

  NOW COMES Sean Maguire, by and through undersigned counsel, and hereby responds to the allegations contained in Plaintiff's Complaint as follows:

AFFIRMATIVE DEFENSES

  A. Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

  B. Plaintiff has not suffered any compensable damages resulting from the claims alleged in Plaintiff's Complaint.

  C. Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than this Defendant.

  D. Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

  E. Plaintiff has failed to mitigate his damages as required by law.

  F. This Defendant is entitled to qualified immunity.

  G. Plaintiff's claims are barred by provisions of the Prison Litigation Reform Act, including but not limited to 42 U.S.C. § 1997e(a) and/or 42 U.S.C. § 1997e(e).

ANSWER

1. Defendant Maguire denies each and every averment set forth in Plaintiff's Complaint.[1]

WHEREFORE, Defendant prays for judgment in his favor against Plaintiff, plus costs, interest, and attorneys fees.

Dated: October 26, 2020

/s/ Peter T. Marchesi
Peter T. Marchesi, Esq.

/s/ Cassandra S. Shaffer
Cassandra S. Shaffer, Esq.

Wheeler & Arey, P.A.
Attorneys for Defendant Maguire
27 Temple Street
Waterville, ME  04901

---

[1] In that Plaintiff's Complaint does not contain numbered paragraphs, Defendant can only provide a general denial.

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| WADE DREW BRAYMAN,<br>　　　　　　Plaintiff<br><br>v.<br><br>RAYMOND PORTER, SEAN MAGUIRE,<br>and GARY CRAFTS,<br>　　　　　　Defendants | )<br>) Docket No. 1:20-cv-00169-JAW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>CERTIFICATE OF SERVICE</u>**

　　　I, Peter T. Marchesi, hereby certify that:

●　　Answer and Affirmative Defenses of Defendant Sean Maguire

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

　　　None

　　　Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

　　　Wade Brayman
　　　Knox County Jail
　　　327 Park Street
　　　Rockland, ME   04841


Dated:   October 26, 2020　　　　　　　　　　　/s/   Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Maguire
　　　　　　　　　　　　　　　　　　　　　　27 Temple Street
　　　　　　　　　　　　　　　　　　　　　　Waterville, ME   04901