UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WADE DREW BRAYMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:20-cv-00169-JAW ) ) |
| RAYMOND PORTER, et al., | ) ) |
| Defendants. | ) |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on September 8, 2022, his Recommended Decision. *Report and Recommended Decision* (ECF No. 72). Mr. Brayman did not file any objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 72) and thereby DISMISSES without prejudice the Plaintiff's complaint (ECF No. 1).

SO ORDERED.

                                  /s/ John A. Woodcock, Jr.
                                  JOHN A. WOODCOCK, JR.
                                  UNITED STATES DISTRICT JUDGE

Dated this 3rd day of October, 2022